UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BETTY J. VERDIN                    CIVIL ACTION

VERSUS                             NO. 04-2554

CAPTAIN ALVIN VERDIN, ET AL        SECTION "C" (1)

ORDER AND REASONS

This matter comes before the Court on motion pursuant to Rule 56 of the Federal Rules of Procedure, or motion for summary judgment, filed by Alvin Verdin, Katherine Verdin and Ramby Mancuso.  Having considered the record, the memoranda of counsel and the law, the Court has determined that summary judgment is appropriate for the following reasons.

The pro se plaintiff is suing these defendants for various civil rights violations and fraud concerning identity theft and social security and insurance benefits.[1]  After denying a motion to dismiss as to these defendants, the Court referred this matter to the Magistrate Judge for a more definite statement.  (Rec.

---

[1] Contrary to the movers' contention, the record does contain a complaint.

1

Doc. 12).  The Magistrate Judge held a hearing on February 28, 2005, and discovery was ordered.  (Rec. Doc. 14).  A trial was set for February 13, 2006.  (Rec. Doc. 26).  The plaintiff's motion to continue trial was granted in December 2005.  (Rec. Doc. 33).  The defendants subsequently filed this motion and a motion to compel, requiring answers to discovery by March 6, 2006, which was granted.  (Rec. Doc. 38).

This motion challenges the plaintiff's lack of evidence to prove her case.  Under Fed. R. Civ. P. 56[2] and <u>Celotex Corp. v. Catrett</u>, after an adequate time for discovery has been provided, the plaintiff must make a showing sufficient to establish the existence of every element essential to the plaintiff's claim and on which the plaintiff bears the burden of proof at trial.  The Court has carefully read the plaintiff's complaint and briefs.  She provides conclusive allegations and unsubstantiated assertions, but these are insufficient to support a genuine issue for trial, and summary judgment under Rule 56 is mandated.  As a result of this procedural shortcoming, the plaintiff's complaint is subject to dismissal without addressing the merits of her

---

[2] Rule 56(c) provides that summary judgment "... shall be rendered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."

various allegations.  The resulting dismissal is with prejudice, which means that the plaintiff will be unable to file another complaint on the same claims.

Accordingly,

IT IS ORDERED that the motion pursuant to Rule 56 of the Federal Rules of Procedure, or motion for summary judgment, filed by Alvin Verdin, Katherine Verdin and Ramby Mancuso is GRANTED. (Rec. Doc. 34).

New Orleans, Louisiana, this 3rd day of May, 2006.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE